# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 13, 2016

## NO. 03-14-00406-CV

**Gary Phillips, Appellant**

**v.**

**Boo 2 You, LLC; George Steven Smith; and Linda K. Smith, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BOURLAND, AND SHANNON*
## AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the order signed by the trial court on May 29, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

* Before Bob E. Shannon, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).